HENRY AUDLEY, Respondent, *v.* ELIAS T. JESTER, Appellant.

*Audley* v. *Jester*, 148 App. Div. 94, affirmed.
(Argued June 12, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1912, upon an order which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict in an action for legal services alleged to have been rendered defendant by plaintiff's assignors.

*George P. Breckenridge* for appellant.

*Thomas G. Prisleau* and *Walter B. Walker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN and HOGAN, JJ. Not voting: CARDOZO, J. Not sitting: MILLER, J.